# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
JUL 0 7 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Dr. Larry Hooper**  )
  )
vs.  )   Case Number: **12-1005**
  )
  )
**Proctor Health Care Incorporated**  )

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant and against the Plaintiff plus costs of suit in the amount of $1,430.70.

Dated: 7/7/14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court